■ In the Matter of MANFRED SAKEL, Deceased. MARIANNE ENGLANDER; JACOB GOTTLIEB et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 8, 1959, with notice of argument for October 20, 1959, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ ROSE FINKELSTEIN v. SOL MINDLIN et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ EMANUEL GUTTMAN v. JACOB J. ROSEN. EMANUEL GUTTMAN v. MURRAY WERBER.— Motion granted insofar as to continue the interim stay contained in the order to show cause dated September 17, 1959, on condition that the appeal be argued or submitted during the October 1959 Term of this court. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

## (September 25, 1959)

■ NATHAN TEPLITSKY v. LOUIS KAMENSKY et al. JOSEPH SIMONOWITZ et al., v. J. S. GARLICK, INC., et al.— Motion granted on condition that the appeal is argued or submitted on October 6, 1959. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of the Arbitration between LOUTEX GAS & OIL CORP. and STAR PIPE LINE Co. et al.— Motion granted on condition that the appeal be argued or submitted when reached on October 6, 1959. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ WILLIAM F. HEALION et al. v. BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with $10 costs, unless the defendant-respondent-appellant serves and files its points as a cross-appellant on or before October 7, 1959, with notice of argument for the November 1959 Term of this court. If the aforesaid condition is not met the plaintiffs-appellants-respondents may submit an order dismissing said cross appeal, without notice to the defendant-respondent-appellant. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.